IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02572-REB-MJW

TERRY MOBLEY,

Plaintiff(s),

v.

JOHN POTTER,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Defendant's Motion for a More Definite Statement Pursuant to Fed. R. Civ. P. 12 (e) (docket no. 18) is **GRANTED.** The Pro Se Plaintiff has failed to file any response to the subject motion and therefore this court deems the subject motion confessed.

It is **FURTHER ORDERED** Plaintiff shall file an Amended Complaint that specifies the dates upon which he exhausted administrative remedies for the discrimination allegations contained in the Amended Complaint **on or before February 18, 2011.**

Pro Se litigants must "comply with the fundamental requirements of the Federal Rules of Civil and Appellate Procedure."  ***Odgen v. San Juan County, 32 F.3d 452, 455 (10th Cir. 1994); Hickey v. (NFN) Van Austin et al., 1999 CJC.AR 5979***

The fact that a party is appearing pro se does not relieve that individual from the obligation of complying with all applicable rules of the court.  ***Colorado v. Carter, 678 F. Supp. 1484, 1490 (D. Colo. 1986); Hall v. Doering, 997 F. Supp. 1464, 1468 (D. Kan. 1998)*** (pro se plaintiffs are held to the same rules of procedure which apply to other litigants).

It is not the proper function of the district court to assume the role of advocate for the pro se litigant.  ***Gibson v. City of Cripple Creek, 48 F 3d 1231, (10th Cir. 1995).***

Date:  February 4, 2011