IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02572-REB-MJW

TERRY MOBLEY,

Plaintiff(s),

v.

JOHN POTTER,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Plaintiff's Motion to Reconsider and Vacate Magistrate's Order for Lack of Service by Defendants (docket no. 31) is DENIED for the reasons stated in the response (docket no.40).  In addition, the court finds that the Pro Se Plaintiff has failed to demonstrate any basis in law or fact for reconsideration.

It is FURTHER ORDERED that Defendant's Motion to Substitute Party (docket no. 29) is GRANTED.  The Pro Se Plaintiff has failed to file any timely response to this motion and this court deems the motion confessed.  Moreover, this court finds good cause to grant the motion noting that John E. Potter is no longer the Postmaster General.  Accordingly, Patrick R. Donahoe shall be substituted as the Defendant since he is the new and current Postmaster General.  All future filings with this court shall reflect Defendant as Patrick R. Donahoe, Postmaster General United States Postal Service (Western Area) Agency, et al.

Date:  March 16, 2011