IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02572-REB-MJW

TERRY MOBLEY,

Plaintiff,

v.

PATRICK R. DONAHOE, Postmaster General

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Vacate Settlement Conference (docket no. 50) is GRANTED finding good cause shown.  The Settlement Conference set on June 2, 2011, at 1:30 p.m. is VACATED.  The court will revisit re-setting a Settlement Conference at the Final Pretrial Conference on December 5, 2011, at 8:30 a.m.  It should be noted that nothing prevents the parties from settling this case at any time.

Date:  May 19, 2011