IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02572-REB-MJW

TERRY MOBLEY,

Plaintiff,

v.

PATRICK R. DONAHOE, Postmaster General United States Postal Service (Western Area),
UNITED STATES POSTAL SERVICE,
YVONNE RODRIQUEZ,
DEPARTMENT OF LABOR,
HILDA SOLIS, Secretary of Labor,
SUSAN DUCE,
ROBIN DARLING, and
NANCY RICE,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion for Leave of Court to File Plaintiff's Sur-reply in Opposition to Defendant's Reply in Support of his Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) (Docket No. 53) is granted. Plaintiff's tendered sur-reply was not a separate document but was part of this motion (Docket No. 53). The court has considered it along with the other motions papers regarding defendant's motion to dismiss.

Date: December 8, 2011